UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 19-00084 AG (JDEx) | Date | January 30, 2019 |
|----------|-------------------------|------|------------------|
| Title | CLEANFUTURE, INC. v. MOTIVE ENERGY, INC., ET AL. | | |

Present: The Honorable ANDREW J. GUILFORD

| Melissa Kunig | Not Present | |
|---------------|-------------|--|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:               Attorneys Present for Defendants:

**Proceedings:** **[IN CHAMBERS] ORDER TO SHOW CAUSE CONCERNING SUBJECT MATTER JURISDICTION**

Plaintiff filed this breach of contract case in federal court, asserting diversity jurisdiction. The Court has concerns about whether it has jurisdiction over this case.

The Court must jealously guard its jurisdiction. *Olmos v. Residential Credit Sols., Inc.*, 92 F. Supp. 3d 954, 955 (C.D. Cal. 2015). Courts have diversity jurisdiction over cases where the parties are diverse and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332. For purposes of complete diversity, a corporation is a citizen of both its state of incorporation and the state where it has its principal place of business. *Id.* Plaintiff's complaint fails to adequately show jurisdiction. They state only that CleanFuture is an Oregon Corporation but don't provide CleanFuture's principle place of business, a vital piece of information in the diversity analysis. (Compl. ¶ 15.)

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE by **February 8, 2019**, as to why this case should not be dismissed for lack of jurisdiction. Defendants may submit a response within **seven days** of Plaintiff's filing.

|  | : | 0 |
|--|---|---|
| Initials of Preparer | mku | |